UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST TITLE, LLC d/b/a NEXTITLE, a Washington limited liability company; NORTHWEST TITLE, LLC d/b/a NEXTITLE, a Delaware limited liability company,<br><br>Defendants. | CASE NO. C21-1057RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT |

This matter is before the Court on Plaintiff's Motion for Leave to Amend Complaint. Defendants do not oppose this Motion. Dkt. #15.  The Court finds good cause to allow leave to amend.

Having considered the Motion and the remainder of the record, it here hereby ORDERED that Plaintiff's Motion for Leave to Amend Complaint, Dkt. #12, is GRANTED. Plaintiff shall file its Amended Complaint within seven (7) days of this Order.

DATED this 13th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT – 1