UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, a Nebraska corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>NORTHWEST TITLE, LLC d/b/a NEXTITLE, a Delaware limited liability company,<br><br>　　　　Defendant. | NO. 2:21-cv-01057-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE FOR MOTION CALENDAR:<br><br>**May 30, 2024** |

**STIPULATION**

Plaintiff, First American Title Insurance Company and Defendant, Northwest Title, LLC d/b/a NexTitle, each acting by and through its undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted herein shall be and are hereby dismissed with prejudice and without an award of attorneys' fees or costs to either party.

DATED this 30th day of May, 2024.

| | |
|---|---|
| SOCIUS LAW GROUP, PLLC | MILLER NASH LLP |
| *By: s/Adam R. Asher*<br>　Adam R. Asher, WSBA No. 35517<br>　Courtney J. Olson, WSBA No. 54548<br>　600 University St. Suite 2510<br>　Seattle, WA 98101<br>　Tel: (206) 838-9100<br>　Email: aasher@sociuslaw.com | By: s/K. Michael Fandel<br>　K. Michael Fandel, WSBA No. 16281<br>　Lane R. Conrad, WSBA No. 59287<br>　605 5th Ave S, Suite 900<br>　Seattle, WA 98104<br>　Tel: (206) 777-7472<br>　Email: michael.fandel@millernash.com |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. 2:21-cv-01057-JHC

-1-

1  **ORDER**

2    THIS MATTER, having come on regularly for hearing upon the stipulation of the
3 above-named parties, and the Court being fully advised in the premises, now, therefore:

4    It is hereby ORDERED and ADJUDGED that all claims between Plaintiff, First
5 American Title Insurance Company and Defendant, Northwest Title, LLC d/b/a NexTitle, are
6 hereby dismissed with prejudice and without costs or attorneys' fees to any party.

7

8    DATED this 30th day of May, 2024.

9

10    _____
      JOHN H. CHUN
11    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF          -2-
DISMISSAL WITH PREJUDICE
Case No. 2:21-cv-01057-JHC